*Per Curiam.* The Act laft cited is retrofpective, and affects prior titles, and fo Courts have confidered them.

Let the defendant take the effect of his motion.

## George *ads*. Benninger.

THE Court in this cafe determined, that if a notice of argument is given for any day in term, fubfequent to the firft, the party who would object to it on that account, muft appear and ftate fuch objection at the time when the motion is brought on; and if he does not, he will be deemed to have waived fuch objection.

## Drake *vs*. Miller.

A Juftice of the peace was brought up on attachment for a contempt in not having made return to a *certiorari* directed to him, and made returnable " *before us.*"

*Per Curiam.* The Act paffed the 24th of January 1797, entitled, " An Act concerning the Su-" preme Court," enacts, " That all writs and pro-" cefs to be iffued from and after the expiration of " October Term in the prefent year, and returnable " in the Supreme Court, fhall be made returnable " before *our Juftices of our Supreme Court of judica-*" *ture,*" &c. and procefs made returnable in any

other form muſt be conſidered as returnable out of Court and void.

Let the attachment be diſcharged with coſts.